IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-142-GCM**

| | |
|---|---|
| Janette M. Parker, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| Beazer Mortgage Corporation, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Beazer Mortgage Corporation to allow **R. Read Gignilliat** to appear *Pro Hac Vice*, dated April 3, 2008 [doc # 4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Gignilliat has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 3, 2008

Graham C. Mullen
United States District Judge