# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08-CV-142-GCM

| | | |
|---|---|---|
| **JANETTE M. PARKER,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BEAZER MORTGAGE CORP.,** | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on its on motion. After reviewing the above captioned case, the undersigned must recuse himself.

IT IS THEREFORE ORDERED that this case be re-assigned to another Judge.

IT IS SO ORDERED.

Signed: July 29, 2008

Graham C. Mullen
United States District Judge